# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

| UNITED STATES OF AMERICA | | |
|---|---|---|
| V. | | **CRIMINAL COMPLAINT** |
| Jose Juan Oviedo-Trevino | *Principal* | |
| YOB: 1973 | Mexico | Case Number: M-20-0227-M |

United States District Court
Southern District Of Texas
FILED
JAN 24 2020
David J. Bradley, Clerk

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **January 23, 2020** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did, *(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Jose Del Carmen Rodriguez-Rodriguez, citizen and national of Mexico, for a total of one (1), whom had entered the United States in violation of law, concealed, harbored or shielded from detection or attempted to conceal, harbor, or shield from detection such aliens in any place, including any building or means of transportation, to wit: a residence located in Alamo, Texas**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(iii)  FELONY**

I further state that I am a(n) **U.S. Border Patrol Agent** and that this complaint is based on the following facts:

On January 6, 2020, Border Patrol Agents interviewed an undocumented alien that provided information regarding a house located in Alamo, Texas that was being used to harbor illegal aliens. In addition, the undocumented alien's family members wired money to a person named Jose Juan Oviedo-Trevino.

On January 23, 2020, Agents conducting surveillance at the identified residence observed a male subject leave in a black Nissan Versa. Agents requested assistance from the Alamo Police Department. A short time later, a Alamo Police Officer encountered the vehicle and conducted a traffic stop after he observed the vehicle failed to stop at a designated stop point.

Continued on the attached sheet and made a part of this complaint:  [X] Yes  [ ] No

Approved AUSA Claire Nguyen
1/24/2020

Signature of Complainant

Julio C. Peña          Border Patrol Agent
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

January 24, 2020  1:24 pm                              at   McAllen, Texas
Date                                                         City and State

Juan F. Alanis          , U. S. Magistrate Judge
Name and Title of Judicial Officer                           Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

M-20- 0227 -M

RE:     Jose Juan Oviedo-Trevino

**CONTINUATION:**

At the traffic stop, Agents approached the driver, later identified as Jose Juan Oviedo-Trevino, and conducted an immigration inspection. Oviedo was found to be illegally present in the United States. Agents questioned Oviedo regarding the house he had left. Oviedo told agents he was just visiting a friend but was unable to provide his friends name.

Agents proceeded to the residence to conduct a consent to search. As they approached the front door, a male subject exited the front door and raised his hands. Agents questioned the subject, later identified as Jose Del Carmen Rodriguez-Rodriguez, and determined he was illegally present in the United States.

Both Oviedo and Rodriguez were transported to the Centralized Processing Center in McAllen, Texas.

**Principal**

Jose Juan Oviedo-Trevino was read his Miranda Rights. He understood his rights but declined to give a sworn statement.

**Material Witness**

Jose Del Carmen Rodriguez-Rodriguez was read his Miranda Rights. He understood his rights and provided a sworn statement.

Rodriguez, a citizen of Mexico, stated his brother made the smuggling arrangements and has paid close to $9,000. Rodriguez was smuggled into the United States and taken to a house where he was transferred to Oviedo. Rodriguez's brother sent several money deposits, totaling $3,000, that were payments to Oviedo. Rodriguez explained they tried to smuggle him further north but the guide got lost so he was again transferred to Oviedo. Rodriguez claimed that Oviedo then took him to the house where he was eventually arrested. According to Rodriguez, Oviedo instructed him to stay at the house until there was a way to take him to Houston. While Rodriguez waited, Oviedo took him food and other necessities like cloths and blankets.

Rodriguez identified Oviedo through a photo lineup.